UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mercury Public Affairs, LLC | Plaintiff, |
| -v- | |
| Airbus Defence and Space, S.A.U., f/k/a Airbus Military and Airbus Defense and Space, Inc. | Defendant. |

Case No. 19-cv-07518

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Mercury Public Affairs, LLC          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Omnicon Group, Inc.

**Date:** August 8, 2019

Signature of Attorney

**Attorney Bar Code:** CB3508

Form Rule7_1.pdf  SDNY Web 10/2007