UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mercury Public Affairs LLC,<br><br>    Plaintiff,<br>-against-<br><br>Airbus Defence and Space, S.A.U., f/k/a Airbus Military and Airbus Defense and Space, Inc.,<br><br>    Defendants. | 19 Civ. 7518 (VSB)<br><br>NOTICE OF MOTION TO DISMISS |

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law and the parties' pleadings, Defendants Airbus Defence and Space, S.A.U. and Airbus U.S. Space and Defense, Inc. f/k/a Airbus Defense and Space, Inc. hereby respectfully move this Court, before the Honorable Vernon S. Broderick, United States District Judge, for an order dismissing this action pursuant to Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure.

Dated: November 22, 2019
   New York, New York

Respectfully submitted,

 s/ Jeff E. Butler
Jeff E. Butler
Michael Lightfoot
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375

*Attorneys for Airbus Defence and Space, S.A.U. and Airbus U.S. Space & Defense, Inc. f/k/a Airbus Defense and Space, Inc.*