UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Mercury Public Affairs LLC

        Plaintiff,

v.                                    Case No. 19-cv-07518

Airbus Defense and Space, S.A.U., f/k/a Airbus
Military and Airbus Defense and Space, Inc.

        Defendants.
_____

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Lippes Mathias Wexler Friedman LLP, by Sean M. O'Brien, Esq., hereby enters appearance in these proceedings as counsel of record for Plaintiff Mercury Public Affairs LLC, and requests that all papers, pleadings, notices, orders and other related documents in these proceedings be served upon the undersigned.

Dated: December 11, 2019

                                          Respectfully submitted,

                                          s/ Sean M. O'Brien
                                          Sean M. O'Brien, Esq.
                                          Lippes Mathias Wexler Friedman LLP
                                          Attorneys for Plaintiff
                                          50 Fountain Plaza, Suite 1700
                                          Buffalo, NY 14202
                                          P: 716-853-5100
                                          F: 716-853-5199
                                          E: sobrien@lippes.com