UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mercury Public Affairs LLC,<br><br>                Plaintiff,<br>-against-<br><br>Airbus Defence and Space, S.A.U., f/k/a Airbus Military and Airbus Defense and Space, Inc.,<br><br>                Defendants. | 19 Civ. 7518 (VSB)<br><br>NOTICE OF MOTION TO DISMISS |

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law and the parties' pleadings, Defendant Airbus Defence and Space, S.A.U. hereby respectfully moves this Court, before the Honorable Vernon S. Broderick, United States District Judge, for an order dismissing this action pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and Section 2 of the Federal Arbitration Act.

Dated: January 16, 2019
       New York, New York

Respectfully submitted,

 s/ Jeff E. Butler
Jeff E. Butler
Michael Lightfoot
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375

*Attorneys for Airbus Defence and Space, S.A.U.*