**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE US LLP

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020
```

**BY ECF**

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

October 23, 2020

**Mercury Public Affairs v. Airbus Defence and Space, 19 Civ. 7518 (MKV)**

Dear Judge Vyskocil,

We represent defendant Airbus Defence and Space, S.A.U. ("ADSS") in the above-referenced action. I am writing with the consent of counsel for plaintiff Mercury Public Affairs LLC ("Mercury") to report that the parties have reached a settlement of this matter, subject to final documentation and certain other approvals. Pursuant to the settlement, the parties anticipate that a stipulation of dismissal will be filed in due course.

The Court has scheduled an Initial Pretrial Conference for October 27, 2020. In light of the settlement described above, ADSS respectfully request an adjournment of this conference sine die. ADSS has not previously requested any adjournment of this conference, and Mercury consents to the proposed adjournment.

Respectfully submitted,

/s/ Jeff E. Butler

Jeff E. Butler

---

The parties' request for an adjournment is GRANTED. The Initial Pretrial Conference scheduled for October 27, 2020, at 11:30 AM is hereby adjourned *sine die*. The parties shall file a stipulation of dismissal or a letter on the status of settlement on or before November 22, 2020. SO ORDERED.

Date: 10/23/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge