**C L I F F O R D**

**C H A N C E**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

November 24, 2020

**Mercury Public Affairs v. Airbus Defence and Space, 19 Civ. 7518 (MKV)**

Dear Judge Vyskocil,

On behalf of defendant Airbus Defence and Space, S.A.U. ("ADSS"), we are writing with the consent of counsel for plaintiff Mercury Public Affairs LLC ("Mercury") to report on the status of settlement.

The parties have negotiated and agreed on the form of a settlement agreement, but ADSS is still awaiting a necessary regulatory approval. We hope to have that approval within the next two weeks, at which point we expect the settlement agreement to be executed. Under the terms of the draft settlement agreement, a stipulation of dismissal will be filed within a short time after the settlement agreement is executed.

Respectfully submitted,

*/s/ Jeff E. Butler*

Jeff E. Butler