**C L I F F O R D**
**C H A N C E**

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

December 22, 2020

**Mercury Public Affairs v. Airbus Defence and Space, 19 Civ. 7518 (MKV)**

Dear Judge Vyskocil,

On behalf of defendant Airbus Defence and Space, S.A.U. ("ADSS"), we are writing with the consent of counsel for plaintiff Mercury Public Affairs LLC ("Mercury") to report on the status of settlement.

In the time since our last report, ADSS has obtained all necessary regulatory approvals for the settlement and the parties executed a settlement agreement on December 15, 2020. Pursuant to the terms of the settlement agreement, the parties expect to file a stipulation of dismissal in this case by January 15, 2021.

Respectfully submitted,

Jeff E. Butler