```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERCURY PUBLIC AFFAIRS LLC,

           Plaintiff,

-against-

AIRBUS DEFENCE AND SPACE, S.A.U. f/k/a Airbus Military,

           Defendant.

---

1:19-cv-07518-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties informing the Court that the parties have executed a settlement agreement [ECF No. 41]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 22, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: December 22, 2020
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**